UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 24-CR-2652-WQH |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| OSPICIO GUTIERREZ GONZALEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Joint Motion to Continue is granted (ECF No. 26), and Defendant Ospicio Gutierrez Gonzalez's motion hearing/trial setting currently scheduled for February 3, 2025, is continued to February 18, 2025.

IT IS FURTHER ORDERED that time be excluded under the Speedy Trial Act at 18 U.S.C. section 3161, subsections (h)(1)(G) and (h)(7)(A). The Court notes that a plea agreement has been lodged at Dkt. 24. The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. section 3161 (h)(7)(A).

Dated: January 31, 2025

Hon. William Q. Hayes
United States District Court